E-FILED
Wednesday, 06 October, 2010 04:08:45 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LONNIE KEVIN CUTTILL,**
        **Plaintiff,**

vs.

Case Number: **08-2199**

**JOHN POTTER**
**Postmaster General,**
        **Defendant.**

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant and against the plaintiff. Case is terminated.

ENTER this 6th day of October, 2010.

s/Pamela E. Robinson

PAMELA E. ROBINSON, CLERK

s/S. Johnson

BY: DEPUTY CLERK